**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.10-cr-00134-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OLIVEROS ADRIAN RODRIGUEZ-RENTERIA,
2. MICHAEL GARZEE, and
3. KEISEAN CORNELL LEWIS,

    Defendants.

---

# MINUTE ORDER[1]

---

On April 16, 2010, the court conducted a telephonic setting conference. After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 5, 2010**, commencing at 1:30 p.m., the court shall conduct an evidentiary hearing on defendant Lewis' **Motion To Suppress Evidence and Statements** [#40] filed March 30, 2010. The court reserving the remainder of the afternoon for the hearing; and

2. That, to the extent necessary, the United States Marshal shall assist in securing defendants Rodriguez-Renteria and Lewis' appearances for this hearing.

Dated: April 16, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.