IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No.10-cr-00134-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. OLIVEROS ADRIAN RODRIGUEZ-RENTERIA,
2. MICHAEL GARZEE, and
3. KEISEAN CORNELL LEWIS,

 Defendants.

## MINUTE ORDER[1]

On May 10, 2010, the court conducted a telephonic setting conference to set a hearing on the portion of defendant Lewis' **Unopposed Motion For Continuance of Motions Hearing and Trial** [#54] filed April 30, 2010. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

 1. That on **May 20, 2010**, commencing at 11:00 a.m., the court shall conduct a hearing on defendant Lewis' **Unopposed Motion For Continuance of Motions Hearing and Trial** [#54] filed April 30, 2010;

 2. That the Trial Preparation Conference set for Friday, May 14, 2010, is **VACATED**;

 3. That the jury trial set to commence May 17, 2010, is **VACATED**; and

 4. That to the extent necessary, the United States Marshal shall assist the court in securing the appearance at this hearing of any defendant in custody whose appearance is required.

 Dated: May 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.