**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.10-cr-00134-REB-03

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  KEISEAN CORNELL LEWIS,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On January 25, 2011, the court conducted a telephonic setting conference.  After conferring with counsel, and by agreement of all,

      **IT IS ORDERED** as follows:

      1.  That a Sentencing Hearing is set as to this defendant on **April 8, 2011** at 2:30 p.m., at which counsel and the defendant shall appear without further notice or order; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

      Dated:  January 25, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.